UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

_____

CITY OF MILWAUKEE,

                    Appellant/Defendant.

                                    Case No. 12-C-728

   v.

RITA GILLESPIE,

                    Appellee/Plaintiff,

_____

CITY OF MILWAUKEE,

                    Appellant/Defendant.         Case No. 12-C-729

   v.

KEVIN WILLIAMS,

                    Appellee/Plaintiff,

_____

CITY OF MILWAUKEE,

                    Appellant/Defendant,

   v.                                          Case No. 12-C-734

JUDSON W. CAMPBELL AND
THERESE M. CAMPBELL

                    Appellees/Plaintiffs.

_____

DECISION AND ORDER
GRANTING APPELLANT/DEFENDANT'S UNOPPOSED MOTION TO CONSOLIDATE
AND APPROVING STIPULATION FOR EXTENSION OF TIME

Based upon the stipulation of the parties in the above three actions and a finding that consolidation is appropriate under Rule 42(a) because the three appeals arise from adversary proceedings briefed and decided together,

IT IS ORDERED that appellant/defendant City of Milwaukee's motion to consolidate is GRANTED.  Case Nos. 12-C-729 and 12-C-734 are consolidated with 12-C-728 for all purposes pursuant to Rule 42(a) of the Federal Rules of Civil  Procedure; and

IT IS FURTHER ORDERED that the stipulated motion to extend time limits is GRANTED.  Appellees/plaintiffs' brief shall be filed on or before August 27, 2012. Appellant/defendant shall file its response on or before September 24, 2012.

Dated at Milwaukee, Wisconsin, this 17th day of August, 2012.


BY THE COURT


/s/ C. N. Clevert, Jr.
C. N. CLEVERT, JR.
CHIEF U. S. DISTRICT JUDGE